# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONIE FUTURE, | : | CIVIL ACTION |
|     Petitioner | : | |
| | : | |
| v. | : | |
| | : | No. 16-cv-06542-LDD |
| SUPERINTENDENT TICE, et al | : | |
|     Respondents | : | |

AND NOW this \_\_\_9th\_\_\_ day of \_\_\_May\_\_\_, 2017, upon careful and independent consideration of Tonie Future's petition for writ of habeas corpus (Doc. No. 1) and the Report and Recommendation of U.S. Magistrate Judge Richard A. Lloret, it is ORDERED that:

FILED MAY 09 2017

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED;

2. Future's Petition for Writ of Habeas Corpus is TRANSFERRED to the Middle District of Pennsylvania;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A) because "the applicant has [not] made a substantial showing of the denial of a constitutional right[,]" under 28 U.S.C. § 2253(c)(2), since he has not demonstrated that "reasonable jurists" would find my "assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see United States v. Cepero*, 224 F.3d 256, 262-63 (3d Cir. 2000), *abrogated on other grounds by Gonzalez v. Thaler*, \_\_\_ U.S. \_\_\_, 132 S. Ct. 641 (2012); and,

ENTERED

MAY 10 2017

CLERK OF COURT

4. The Clerk of Court is directed to transfer the petition for habeas corpus to the United States District Court for the Middle District of Pennsylvania and mark the matter closed.

BY THE COURT:

/s/ **Legrome D. Davis**

HON. LEGROME D. DAVIS
U.S. District Judge